44 So.2d 911

**Walter EDWARDS v. STATE.**
8 Div. 793.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

44 So.2d 911

**Milton M. ELLARD v. STATE.**
7 Div. 48.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Circuit Court, Talladega County; Leslie C. Longshore, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

44 So.2d 911

**Henry ENGLE v. STATE.**
8 Div. 858.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

44 So.2d 34

**Frederick ENGLEBERT, alias v. STATE.**
6 Div. 881.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

47 So.2d 922

**Jerry EUBANKS v. STATE.**
6 Div. 940.

Court of Appeals of Alabama.
May 9, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Assault and battery.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

48 So.2d 890

**George FARRINGTON v. STATE.**
2 Div. 808.

Court of Appeals of Alabama.
Nov. 7, 1950.

Appeal from Circuit Court, Bibb County; W. E. Callen, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.